GOODWILL ADVERTISING COMPANY, Respondent, v. STATE LIQUOR AUTHORITY, Appellant.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.